Full opinion will be published later. Watch **Omnibus Index.**

## STATE ex BOWMAN v ALLEN CO COMMISSIONERS

Ohio Supreme Court

No. 22557. Decided June 17, 1931

Jones, Matthias, Day and Kinkade, JJ, concur. Allen and Robinson, JJ, dissent.

Full opinion will be published later. Watch **Omnibus Index.**